**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2144**

BONNIE CRUICKSHANK WALLACE; THE WALLACE FAMILY TRUST; HOLLY
HALL PUBLICATIONS, INCORPORATED,

Plaintiffs - Appellants,

v.

MERCANTILE COUNTY BANK, f/k/a County Banking and Trust
Company; RAYMOND HAMM, JR.; GEBHARDT & SMITH, LLP,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:06-cv-03345-CCB)

Submitted:  December 18, 2008      Decided:  January 8, 2009

Before NIEMEYER, MICHAEL, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin J. Sykes, Baltimore, Maryland, for Appellants.
Lawrence J. Gebhardt, GEBHARDT & SMITH, LLP, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bonnie Cruickshank Wallace, the Wallace Family Trust, and Holly Hall Publications, Inc. ("Appellants"), appeal the district court's order granting summary judgment in favor of the Defendants on their claims alleging malicious use of process and abuse of process. We have reviewed the record included on appeal as well as the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wallace v. Mercantile Cnty Bank, No. 1:06-cv-03345-CCB (D. Md. August 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

AFFIRMED